## Magee, Appellant, *v.* National Life and Accident Insurance Company.

Argued April 17, 1963. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Albert E. Acker,* with him *Wiesen, Cusick, Madden, Joyce, Acker & McKay,* for appellant.

*William C. Kuhn,* with him *Philip E. Brockway,* and *Brockway and Brockway,* for appellee.

OPINION PER CURIAM, June 12, 1963:

Judgment for the defendant entered by the court below on the pleadings is affirmed on the opinion of Judge MCKAY reported in 30 Pa. D. & C. 2d 77. See also *Shafer v. John Hancock Mutual Life Insurance Company,* 410 Pa. 394, 189 A. 2d 234 (1963).